1. Your Name: Parmindar Irvine, Michael Irvine;
2. Address: 2873 Sheldon Drive, Richmond, CA 94803
3. Phone Number: 510-685-2275; 510-685-1211
4. Fax Number: N/A
5. E-mail Address: mirvn@me.com
6. Pro Se Plaintiffs

FILED
FEB 21 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

C24-01049 AGT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Parmindar Irvine,
Michael Irvine;
  Plaintiffs,
  vs.
The State of California,
The County of Contra Costa,
The City of Richmond;
  Defendant.

Case Number [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes ☐   No ☒

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Parmindar Irvine, Michael Irvine,
Address: 2873 Sheldon Drive, Richmond, CA 94803
Telephone: 510-685-2275, "Michael's"; 510-685-1211, "parmindar's";

COMPLAINT
PAGE 1 OF 11   [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: "The State of California" AND/OR "Rob Bonta"
Address: 1300 "I" Street, Sacramento, CA 95814
Telephone: (916) 445-9555

Defendant 2:
Name: "The County of Contra Costa" And/or "County Counsel"
Address: 1025 Escobar Street, 3rd floor, Martinez, CA 94553
Telephone: 925-655-2263

Defendant 3:
Name: "The City of Richmond" AND/OR "Dave Aleshire"
Address: 450 Civic Center Plaza, Richmond, CA 94804
Telephone: 510-620-6509

### JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☑ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] 1st Amendment US Const., "peaceable Assembly", "petition for redress of Grievances"; 5th Amendment US Const., "Equal protection", "Due process" Right to "nor be deprived of life", "Liberty", or "property" and Equitable Clauses; 14th Amendment "Equal protection" "Clause"; 8th Amendments "nor cruel and unusual punishments inflicted" "Clause"; 42 U.S.C. §1983; 42 USC. §1981; 42 U.S.C. §1982; 42 U.S.C. §1985; 42 U.S.C. §1986; 42 U.S.C. §1988;

COMPLAINT

PAGE 2 OF 11  [*JDC TEMPLATE – Rev. 05/2017*]

# VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   [✓] a substantial part of the events I am suing about happened in this district.

   [✓] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [✓] at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in __Contra Costa__ County, it should be assigned to the __Oakland__ Division of this Court.

# STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

1. There is a tree located at the North-East corner of "2865 Sheldon Drive, Richmond, California, 94803" [see Plaintiffs Exhibit I]

COMPLAINT

PAGE 3 OF 11  [*JDC TEMPLATE – Rev. 05/2017*]

2. The tree is Dying/Dead and Extremely tall putting multiple properties, ours included, at risk of irreperable injury and/or harm, any day now. [See plaintiffs: Exhibit 1]

3. We Contacted Local Officials, Fire Department would not declare it a fire hazard, No procedural Avenue was provided to regulate or otherwise rectify or protection from the Harm at which the Tree WILL inflict without Government Intervention.

4. A tree is a Agricultural piece of property, its regulation is agricultural, therefore protected from typical nusaince Action Against A typical property owner. [See plaintiffs Exhibit ___]

5. We have Contacted all Neighbors and recieved no objection with exception property owner at "2865 Sheldon Drive" merely cannot afford the costs of such professional Services to remove the tree.

6. The property residers/owners of "4574 utah Dr, Richmond CA have cut many branches on their Quadrant of the Trees Aerial dispersion putting a negative weight effect on its typical Collapse projection, opposite of the "4574 utah Dr" property, Consequently increasing risk to our property and lives, amongst the "2865 Address" as well. [See plaintiffs Exhibit 1, ]

//

//

7. Without intervention this tree will fall and possibly kill someone, without a doubt destroy 1 or more properties, very very soon. [see physics]

8. The state and federal Government have a duty to serve and protect human life, property within its jurisdiction, a duty to resue in the face of danger of imminent risk of bodily harm; We feel this "Mandatory duty" has been Breached.

9. To deny protection from an obvious risk of Great harm soley because of neglect to pay fees, or other services is cruel and unusual punishment that would devastate unjustly not only the properties at risk but also potential lives, leaving the words equal and protection without meaning.

10. To the best of my knowledge and belief state, county, city "Actors" Alike denied any procedural Avenue to address or otherwise rectify the dangerous tree, after many various, analogous, and/or otherwise a wide spectrum of state, county, city offices.

11. plaintiffs are ignorant of the individuals from each officer names, and hereafter will address them as "DOES".

12. plaintiffs are unaware of any other procedural avenue Available to us to rectify the danger.

//
//

13. The tree is on a slant/hill, near dead center on its peak. [See Plaintiffs Exhibit 1]

14. The tree is warping/crushing/destroying fenceline. [See plaintiffs Exhibit 1]

15. Michael has pancreatic Cancer (Advanced), and currently on chemotherapy, and diagnosed with Type II Diabetes, therefore would request Michael be allowed to appear via zoom or equitable video conferencing.

16. Parmindar and Michael Irvine are married and both are on the deed to their property located at 2873 Sheldon Drive, Richmond, CA.

//
//

COMPLAINT
PAGE 6 OF 11 [JDC TEMPLATE – Rev. 05/2017]

## CLAIMS

### First Claim

(Name the law or right violated: __1st Amendment__)

(Name the defendants who violated it: __"County of Contra Costa", "The city of Richmond"__

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

1. The plaintiffs have the right to "peaceably Assemble" to "petition" their government for Redress of Grievances".

2. Defendants "County" and "City" were inquired into about redress of Grievances and provided no procedural Avenue to petition for immediate relief of such irreperable injury and harm.

3. Now Everyday that passes, risk of Death, injury and destruction of multiple properties including ours Exists with close or immediate proximity.

//

COMPLAINT
PAGE __7__ OF __11__ [JDC TEMPLATE – 05/17]

_____2nd_____ **Claim**

(Name the law or right violated: 5th Amendment "Due process" clause )
(Name the defendants who violated it: "The state", "County" and "City" )

1. Defendants have produced no policy or procedural Avenue to rectify or mitigating potential Damages to our Knowledge, and were further denied such due process upon Inquiry.

2. Defendants "City" and "County" have been warned about the dangers previously described and no action has been taken by Defendants to intervene to which Defendants "County" and "City" willfully, recklessly, wantonly under color of law denied plaintiffs [2.cont.] Due process for Intervention and/or injunction, or otherwise declaratory Relief.

COMPLAINT
PAGE 8 OF 11 [JDC TEMPLATE – 05/17]

_____3rd_____ Claim

(Name the law or right violated: __8th Amendment__)

(Name the defendants who violated it: __"City" and "County"__)

1. When inquired about procedural Avenues, Defendants declared the issue is civil and against the property owner.

2. If property owner cannot afford to remove the danger the government cannot negligently ignore the danger to impose liability onto the property owner or impose liability on other property owners.

3. The Government cannot force someone to do something physically impossible.

4. To force property owners to bare impossible fees, thus resulting liability of Dangers soley to avoid costs of intervention is a breach of "mandatory Duty" and "public trust" which creates willful negligence, thus cruel and unusual punishment.

COMPLAINT
PAGE _9_ OF _11_ [JDC TEMPLATE – 05/17]

- 6 -

_____4th_____ Claim

(Name the law or right violated: 14th Amendment "Equal protection" clause )

(Name the defendants who violated it: "County" and "City" )

1. The plaintiffs have a right to 42 U.S.C. §1981, §1982, §1983, §1985, §1988, §1990, Cal. Gov. Code §815.2;

2. The plaintiffs were denied such rights when denied a procedural Avenue or denied any action on the alleged Danger.

3. further deprivation creates additional Damage and liability.

COMPLAINT
PAGE 10 OF 11  [JDC TEMPLATE – 05/17]

- 7 -

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

1.. I would like the Court to grant injunction to remove the public Danger such as the tree in controversy. All costs and fees Associated with this case refunded or paid by "County" and "City" pursuant to Cal. Civ. Code § 3482.5, to plaintiffs, as the prevailing party. [See Ex Parte Application" Attached and/or submitted]. Furthermore that the tree removed by professional And/or Municipal Agency.

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 2-16-24   Sign Name: Parminder Irvine
Print Name: Parminder Irvine
Sign Name: Michael Irvine
Print Name: Michael Irvine

COMPLAINT
PAGE 11 OF 11   [JDC TEMPLATE – 05/17]